**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants INYO COUNTY, WILLIAM LUTZE, Inyo County Sheriff; And THOMAS HARDY, Inyo County District Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP PAIUTE TRIBE,<br><br>     Plaintiff,<br><br>v.<br><br>INYO COUNTY; WILLIAM LUTZE, Inyo County Sheriff; THOMAS HARDY, Inyo County District Attorney,<br><br>     Defendants.<br>_____/ | CASE NO. 1:15-cv-00367 DAD JLT<br><br>**REQUEST FOR ORDER OF SUBSTITUTION UNDER FED. R.CIV.P 25(d); [PROPOSED] ORDER** |

Defendants, by and through the undersigned counsel, request an order of substitution to name Jeff Hollowell as a named party instead of William Lutze, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///

1

**REQUEST FOR ORDER OF SUBSTITUTION; [PROPOSED] ORDER**

When this declaratory/injunctive relief case was initiated, William Lutze was the duly-elected Sheriff of Inyo County, and was named as a party. Since July 12, 2018, Jeff Hollowell has been the duly-elected Sheriff of Inyo County, and has remained in that position. Accordingly, William Lutze is no longer the duly-elected sheriff of Inyo County. By operation of Rule 25(d) of the Federal Rules of Civil Procedure, Jeff Hollowell is automatically substituted as a party. "When a public officer is a party to an action in an official capacity and during his pendency dies, resigns or otherwise ceases to hold office, the action does not abate and the officer's successor is automatically substituted as a party."

Accordingly, the Court should order the substitution.

Respectfully submitted,

Dated: October 23, 2018

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    Carl L. Fessenden
    John R. Whitefleet
    Attorneys for Defendant

## [PROPOSED] ORDER

The Court **ORDERS** that Jeff Hollowell is substituted for William Lutze. The Clerk of the Court is DIRECTED to terminate William Lutze as a defendant in this action.

IT IS SO ORDERED.

Dated: __October 23, 2018__      __/s/ Jennifer L. Thurston__
                                                          UNITED STATES MAGISTRATE JUDGE