**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants INYO COUNTY, JEFF HOLLOWELL, Inyo County Sheriff and THOMAS HARDY, Inyo County District Attorney

Dorothy Alther, SBN 140906
California Indian Legal Services
609 S. Escondido Blvd.
Escondido, CA 92025
TEL: (760) 746-8941
FAX: (760) 746-1815 fax
Attorneys for Plaintiff BISHOP PAIUTE TRIBE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOP PAIUTE TRIBE, | CASE NO. 1:15-cv-00367 DAD JLT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| v. | (Doc. 92) |
| INYO COUNTY; JEFF HOLLOWELL, Inyo County Sheriff; THOMAS HARDY, Inyo County District Attorney, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement,

Plaintiff BISHOP PAIUTE TRIBE and INYO COUNTY, JEFF HOLLOWELL, Inyo County Sheriff and THOMAS HARDY, Inyo County District Attorney, stipulate to the dismissal of this entire action, with prejudice. Each party shall bear their own attorneys' fees and costs.

///

{02030768.DOCX}  1
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

**IT IS SO STIPULATED.**

Dated: June 18, 2019          PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              By /s/Carl L. Fessenden
                                   Carl L. Fessenden
                                   John R. Whitefleet
                                   Attorneys for Defendants

Dated: June 18, 2019          California Indian Legal Services

                              By /s/Dorothy Alther (authorized 6/18/2019)
                                   Dorothy Alther
                                   Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

As detailed above, the parties have stipulated to dismiss the action with each side to bear their own fees and costs. (Doc. 92) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:  **June 19, 2019**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

{02030768.DOCX}                    2
**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL**